IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES HOLLAND, #40999-018,<br>　　　　Petitioner, | §<br>§<br>§ | |
| v. | § | 3:09-CV-1396-B |
| | § | |
| FEDERAL BUREAU OF PRISONS, and<br>WARDEN CRUZ,<br>　　　　Respondents. | §<br>§<br>§ | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 22nd day of December, 2009.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE